UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL BARNHART,

    Plaintiff,

v.

NATIONSTAR MORTGAGE LLC, et al.,

    Defendants.
_____/

Case No. 1:17-cv-302

HON. JANET T. NEFF

## ORDER

This is a civil action involving a *pro se* litigant. Defendant Nationstar Mortgage filed a Motion to Dismiss (ECF No. 9). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 26, 2017, recommending that this Court grant Defendant's motion. The Report and Recommendation was duly served on the parties. No timely objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 15) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Nationstar Mortgage's Motion to Dismiss (ECF No. 9) is GRANTED.

Dated: August 15, 2017

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge