UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL BARNHART,

    Plaintiff,

v.

NATIONSTAR MORTGAGE LLC, et al.,

    Defendants.
_____/

Case No. 1:17-cv-302

HON. JANET T. NEFF

# ORDER

This is a civil action. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 6, 2017, recommending that Plaintiff's claims against the ten (10) unidentified Doe defendants be dismissed for failure to timely effect service. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 18) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claims against the ten (10) unidentified Doe defendants are DISMISSED for failure to timely effect service.

A Judgment consistent with this Order will issue.


Dated: October 6, 2017
        /s/ Janet T. Neff
        JANET T. NEFF
        United States District Judge